AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:16MJ 13 SAA
)
Apple MacBook Air laptop computer, bearing )
Oxford School District label with number 010398 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   Mississippi
*(identify the person or describe the property to be searched and give its location)*:

Oxford Police Department, 715 Molly Barr, Oxford, Mississippi

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Apple MacBook Air laptop computer, bearing Oxford School District label with number 010398.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   April 15, 2016
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge S. Allan Alexander
*(name)*

Date and time issued:   04/01/2016 1:30 pm

*Judge's signature*

City and state:   Oxford, Mississippi          S. Allan Alexander, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 04/18/16 3:20 PM | Copy of warrant and inventory left with: SGT. MARIO WEEKLEY / OXFORD SCHOOL DISTRICT SRO |
| Inventory made in the presence of: DETECTIVES HARDE WEEKS & MARCUS WILSON | | |

Inventory of the property taken and name of any person(s) seized:

A FORENSIC COPY OF APPLE MACBOOK AIR ASSIGNED TO ANNIE LAURIE MITCHELL (OXFORD SCHOOL DISTRICT #010398) WAS MADE AND PLACED IN THE FILE.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/13/16

_____
Executing officer's signature

MARK HODGES - DETECTIVE
Printed name and title