AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>THOMAS MUHAMMAD DARWISH<br><br>*Defendant(s)* | Case No.<br>3:16-MJ-13-SAA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/1/2015 to 3/31/2016  in the county of  Lafayette  in the Northern District of  Mississippi , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a) | Creating visual depicitions of a minor engaging in sexual activities, having been produced with materials that have traveled interstate and foreign commerce. |
| 18 USC 2423(b) | Use of facilities in interstate commerce to induce, persuade, and entice a minor to engage in illegal sexual activity for which a person could be prosecuted, being statutory rape and sexual battery of a minor, violations of Mississippi law. |

This criminal complaint is based on these facts:
SEE ATTACHMENT.

☐ Continued on the attached sheet.

*Complainant's signature*

Mark Hodges, Officer, Oxford Police Department
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 22, 2016

*Judge's signature*

City and state: Oxford, Mississippi            S. ALLAN ALEXANDER, U. S. Magistrate Judge
*Printed name and title*