**CRIMINAL CASE COVER SHEET**          **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**      **Related Case Information**

City Oxford     Superseding Indictment _____ Case Number _____

County Lafayette     Same Defendant _____ New Defendant _____

RECEIVED MAY 23 2016 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Magistrate Judge Case Number 3:16-MJ-13-SAA

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes ☐ No    If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Thomas Muhammed Darwish

Alias Name Darwiche

Address Possibly in Hiawassee, FL

DOB 1991   SS# xxx-xx-7631   Sex M   Race W   Nationality _____

Represented by: _____

**U.S. Attorney Information:** AUSA Paul D. Roberts    Bar # 5592

Interpreter: ☐ Yes ☐ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 3    ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:2252.F | Sexual Exploitation of Children | 1, 2 |
| Set 2 18:2422.F | Coercion or Enticement of Minor Female | 3 |
| Set 3 | | |
| Set 4 | | |

Date: 5/23/2016    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)    3:16CR051